UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, | No. 2:15-cv-0704 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| ELVIN VALENZUELA, | |
| Respondent. | |

On June 4, 2015, Petitioner filed a request for reconsideration of the magistrate judge's minute order filed May 18, 2015, denying Petitioner's motion for summary judgment as inapposite in a habeas action. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 18, 2015, is affirmed.

IT IS SO ORDERED.

Dated: July 14, 2015

Troy L. Nunley
United States District Judge