# MINUTES

CASE NUMBER: 2:15-CV-00704-TLN-BMK

CASE NAME: Jose Moreno v. Elvin Valenzuela

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren           REPORTER:

DATE: 12/21/2016                 TIME:

COURT ACTION:  EO: Petitioner Jose Moreno filed a Second Application for Bail Pending Determination of Petition for Writ of Habeas Corpus (Doc. 36).  This Application is denied as inapposite in a habeas action brought pursuant to 28 U.S.C. § 2254.

IT IS SO ORDERED.

Submitted by kur2, law clerk.