UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, | No. 2:15-cv-0704 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| ELVIN VALENZUELA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a motion to proceed in forma pauperis on appeal. (ECF No. 51.) The Ninth Circuit has since denied petitioner a certificate of appealability, thus bringing an end to his appeal. (ECF No. 55.)

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis on appeal (ECF No. 51) is denied as moot.

Dated: March 14, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:more0704.ifp.moot

1